IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>MIGUEL GOMEZ-CEBALLOS<br>Defendant | CRIMINAL 11-0584CCC |

**ORDER**

Having considered the Report and Recommendation filed on April 25, 2012 (**docket entry 19**) on a Rule 11 proceeding of defendant Miguel Gómez-Ceballos held before U.S. Magistrate Judge Bruce J. McGiverin on April 24, 2012, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since April 24, 2012. The **sentencing hearing is set for July 24, 2012 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on May 23, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge